```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                       CASE NO. 08 B 05586
      DOLORES L FRANCIOSE
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

              Debtor
      SSN XXX-XX-2738


   ------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
   ------------------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

      1.  The case was filed on 03/10/08 .

      2.  Case reassigned to Marilyn Marshall, Trustee, 05/29/2008.


   ------------------------------------------------------------------------------
   CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                  PAID          PAID
   ------------------------------------------------------------------------------
   FIFTH THIRD BANK           CURRENT MORTG         .00             .00           .00
   FIFTH THIRD BANK           SECURED               .00             .00           .00
   CHASE BANK USA             UNSECURED       NOT FILED             .00           .00
   CHASE BANK USA             UNSECURED       NOT FILED             .00           .00
   CHASE BANK USA             UNSECURED       NOT FILED             .00           .00
   CHASE BANK USA             UNSECURED       NOT FILED             .00           .00
   DISCOVER BANK              UNSECURED       NOT FILED             .00           .00
   HOME DEPOT CREDIT SERVIC   UNSECURED       NOT FILED             .00           .00
   HSBC                       UNSECURED       NOT FILED             .00           .00
   HSBC                       UNSECURED       NOT FILED             .00           .00
   HSBC                       UNSECURED       NOT FILED             .00           .00
   HSBC                       UNSECURED       NOT FILED             .00           .00
   JC PENNEY CO               UNSECURED       NOT FILED             .00           .00
   MCYDSNB                    UNSECURED       NOT FILED             .00           .00
   TARGET                     UNSECURED       NOT FILED             .00           .00
   WFNNB/HARLEM FURNITURE     UNSECURED       NOT FILED             .00           .00
            Summary of disbursements:
   ------------------------------------------------------------------------------
                        SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
   ------------------------------------------------------------------------------
   TOTAL CLMS ALLOWED      .00        .00         .00          .00           .00
   PRINCIPAL PAID          .00        .00         .00          .00           .00
   INTEREST PAID           .00        .00         .00          .00           .00
   TOTAL PAID              .00        .00         .00          .00           .00
   The Debtor's attorney, JOHN C DENT               , was allowed $           .00
   and was paid $           .00 .

   The Trustee received $           .00 .

   Refunds to the Debtor totaled $           .00 .

         Wherefore, the Trustee requests an order be entered discharging
   the Trustee and the surety on his bond from any further liability
   in this case.
```

Dated: 08/20/08                      /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

                            PAGE   2
         CASE NO. 08 B 05586 DOLORES L FRANCIOSE